# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY ) ) ) ) Plaintiff, ) v. ) ) CITY SERVICE ELECTRIC, INC. ) ) Defendant. ) | Case No.: 1:23-cv-02587 |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

NOW COME Plaintiff, ACUITY, A MUTUAL INSURANCE COMPANY ("Acuity") and Defendant, CITY SERVICE ELECTRIC, INC. ("City Service"), by and through their respective attorneys, and pursuant to settlement, the parties stipulate to dismiss Acuity's Declaratory Judgment action against City Service Electric, and City Service Electric's Counterclaim for Declaratory Judgment against Acuity without prejudice with leave to reinstate on or before February 5, 2024. In the event a motion to reinstate is not filed on or before February 5, 2024, the case shall be deemed, without further order of the Court, to be dismissed with prejudice. Each party will bear its own costs.

| | |
|---|---|
| Frederick J. Sudekum, III<br>SUDEKUM, CASSIDY & SHULRUFF, CHTD.<br>20 North Clark Street, Suite 2450<br>Phone: (312) 803-6250<br>E-Mail: fjs@scslegal.com | SUDEKUM, CASSIDY & SHULRUFF, CHTD.<br><br>By: */s/ Frederick J. Sudekum, III*<br>Attorney for Plaintiff |
| Adam M. Berger<br>Brian J. Benoit<br>Miller Berger, LLC<br>20 North Clark Street, Suite 525<br>Chicago, IL 60602<br>Telephone: (312) 283-4563<br>Email: adam@millerberger.com;<br>        brian@millerberger.com | MILLER BERGER, LLC<br><br>By: */s/ Brian J. Benoit*<br>Attorney for Defendant |